# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

134817

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                            SC: 134817
                                                            COA: 278538

MICHAEL WARD,
         Defendant-Appellant.

                                                            Ingham CC: 79-029631-FY

_____/

      On order of the Court, the application for leave to appeal the July 3, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007                                _____

p1217                                                 Clerk